UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

March 25, 2021

MEMORANDUM TO COUNSEL RE:     Lighting Retrofit International, LLC v.
                              Constellation NewEnergy, Inc., et al.
                              Civil Action No. GLR-19-2751

Dear Counsel:

On November 30, 2020, Plaintiff/Counter-Defendant Lighting Retrofit International, LLC ("LRI") filed a Motion to Birfurcate (ECF No. 44). Specifically, LRI sought to bifurcate the dispute to separate two distinct portions of a construction project, referred to as "ECM 1" and "ECM 2." (Mot. Bifurcate at 1, ECF No. 44). LRI explained that discovery regarding the ECM 2 portion of the project is "nowhere close to complete" and cannot possibly be completed until the resolution of certain work that it expects will continue through June 2021. (Id. at 1–2). Meanwhile, LRI asserts that the ECM 1 claims are ripe and "can proceed to trial as [a] distinct part of this case." (Id. at 2).

Defendant/Counter-Plaintiff Constellation NewEnergy, Inc. ("Constellation"), filed a Response on December 16, 2020 (ECF No. 47). In its Response, Constellation indicated that the parties "agree that bifurcation of proceedings with respect to ECM-1 and EMC-2 on the FCC Coleman project is warranted." (Resp. Mot. Bifurcate at 1, ECF No. 47). Constellation indicated that the parties intended to submit "a joint proposed order on bifurcation as an attachment to the Joint Status Report that will be submitted to the Court on Friday, December 18, 2020." (Id.).

As promised, the parties submitted a Joint Status Report on December 18, 2020, with an enclosed proposed order on bifurcation (ECF No. 48). The Court entered the proposed order on December 22, 2020 (ECF No. 49). Although the Order does not expressly reference LRI's Motion for Bifurcation, the Order has the effect of resolving the Motion.

Accordingly, the Court will DENY LRI's Motion to Birfurcate (ECF No. 44) without prejudice as moot. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge